THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID KELLER, | : |
| | : CIVIL ACTION NO. 3:22-CV-1921 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Mehalchick) |
| v. | : |
| | : |
| ADOLPH WRIGHT, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 5th DAY OF JULY 2023,** upon consideration of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 14), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 14) is **ADOPTED** for the reasons set forth therein;

2. The Motion to Remand to State Court (Doc. 5) is **GRANTED**;

3. This matter is **REMANDED** to the Court of Common Pleas for Luzerne County;

4. The Clerk of Court is directed to **CLOSE** the federal action.

5. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Luzerne County.

_____
Robert D. Mariani
United States District Judge